

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00058-CV

**IN THE INTEREST OF N.I.L.**, Jr., N.T.L., and N.A.E.L., Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2022PA01239
Honorable Raul Perales, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we AFFIRM the trial court's order terminating A.G.G.'s parental rights. Because A.G.G. is indigent, no costs of this appeal are assessed against her.

SIGNED July 17, 2024.

_____
Luz Elena D. Chapa, Justice